Great Lakes Anesthesiology, P.C. v Foster (2023 NY Slip Op 00515)

Great Lakes Anesthesiology, P.C. v Foster

2023 NY Slip Op 00515

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, BANNISTER, AND OGDEN, JJ.

13 CA 22-00914

[*1]GREAT LAKES ANESTHESIOLOGY, P.C., PLAINTIFF,
v
JAMES FOSTER, DEFENDANT-RESPONDENT, AND DORON FELDMAN, DEFENDANT-APPELLANT. DORON FELDMAN, THIRD-PARTY PLAINTIFF-APPELLANT, 
 DJA SOLUTIONS, LLC, ET AL., THIRD-PARTY DEFENDANTS, AND ANDREA MORELLI, THIRD-PARTY DEFENDANT-RESPONDENT. 

DORON FELDMAN, DEFENDANT-APPELLANT AND THIRD-PARTY PLAINTIFF-APPELLANT PRO SE. 
CONNORS LLP, BUFFALO (JAMES W. GRABLE, JR., OF COUNSEL), FOR DEFENDANT-RESPONDENT. 
VAHEY LAW OFFICES, PLLC, ROCHESTER (JARED K. COOK OF COUNSEL), FOR THIRD-PARTY DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered December 1, 2021. The order, among other things, granted the motion of third-party defendant Andrea Morelli for summary judgment and denied the cross motions of defendant-third-party plaintiff Doron Feldman for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court